# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ELIGA McGHEE and NATHANIEL McGHEE<br><br>v.<br><br>CITY OF PHILADELPHIA, et al. | CIVIL ACTION<br><br>NO. 17-832 |
|---|---|

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 18th day of April, 2024, it is hereby **ORDERED**, for the reasons set forth in the foregoing memorandum, that Defendant McCloskey's Motion to Dismiss Plaintiffs' Amended Complaint, ECF 30, is **GRANTED with prejudice**.

                                                     **BY THE COURT:**

                                                     /s/ Michael M. Baylson

                                                   **MICHAEL M. BAYLSON, U.S.D.J.**