IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Nathaniel McGhee and Eliga McGhee,**<br><br>Plaintiffs,<br>v.<br><br>**City of Philadelphia, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 17-832** |

## ORDER RE: DEFENDANTS' MOTION TO BIFURCATE TRIAL

AND NOW on this 17th day of April, 2025, for the reasons stated in the foregoing Memorandum Opinion, Defendants' Motion to Bifurcate Trial (ECF 74) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 17\17-832 McGhee v City\Bifurcation Motion Order.docx